IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH H. CRAFT | Criminal No. 21-45<br>**[UNDER SEAL]** |

## ARRAIGNMENT PLEA

Defendant JOSEPH H. CRAFT

being arraigned, pleads _____

in open Court this _____ day of

_____, 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)