*CR 21-45*

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh ___X___        Erie _____        Johnstown _____

Related to No.        (20-169), (20-168), (20-221),        Judge    Schwab
                      (20-170), (20-174)

(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:    1.    _____   Narcotics and Other Controlled Substances
             1a.   _____   Narcotics and Other Controlled Substances
                           (3 or more Defendants)
             2.    _____   Fraud and Property Offenses
             2a.   _____   Fraud and Property Offenses
                           (3 or more Defendants)
             3.    _____   Crimes of Violence
             4.    _____   Sex Offenses
             5.    _____   Firearms and Explosives
             6.    _____   Immigration
             7.    __X__   All Others

Defendant's name:                        Joseph H. Craft

Is indictment waived:            _____ Yes        __x__ No

Pretrial Diversion:              _____ Yes        __x__ No

Juvenile proceeding:             _____ Yes        __x__ No

Defendant is:                    __x__ Male       _____ Female

Superseding indictment or information    _____ Yes        __x__ No

Previous case number: _____

If superseding, previous case was/will be:

             _____ Dismissed on defendant's motion
             _____ Dismissed on governments' motion
             _____ After appellate action
             _____ Other (explain)

County in which first offense cited
occurred:                        Allegheny County

Previous proceedings before Magistrate
Judge:

        Case No.:

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant: _____ is in custody      __x__ is not in custody

Name of Institution: _____

Custody is on: _____ this charge      _____ another charge

_____ another conviction

_____ State      _____ Federal

Detainer filed: _____ yes      _____ no

Date detainer filed: _____

Total defendants: ___1___

Total counts: ___1___

Data below applies to defendant No.: ___1___

Defendant's name: Joseph H. Craft _____

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|-------|-----------|---------|--------|-------------|
| 1 | 18 U.S.C. §§ 2 and 231(a)(3) | Obstruction of Law Enforcement During Civil Disorder | X | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE:   **FEB 0 3 2021** _____

/s/ Shaun E. Sweeney _____
SHAUN E. SWEENEY
Assistant U.S. Attorney
PA ID No. 53568