IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 21-45 |
| JOSEPH H. CRAFT | [UNDER SEAL] |

MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Shaun E. Sweeney, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that Arrest Warrant be issued for the apprehension of defendant JOSEPH H. CRAFT, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with 18 U.S.C. §§ 2 and 231(a)(3)

Recommended bond: $10,000 Unsecured.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: /s/ Shaun E. Sweeney
SHAUN E. SWEENEY
Assistant U.S. Attorney
PA ID No. 53568