*1541*

FILED
FEB 03 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-45 |
| ) | (18 U.S.C. §§ 2 and 231(a)(3)) |
| JOSEPH H. CRAFT ) | [UNDER SEAL] |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about May 30, 2020, in the Western District of Pennsylvania, the defendant, JOSEPH H. CRAFT, did commit and attempt to commit an act to obstruct, impede and interfere with a law enforcement officer lawfully engaged in the lawful performance of the officer's official duties, incident to and during the commission of a civil disorder which obstructed, delayed and adversely affected commerce and the movement of articles and commodities in commerce, to wit: the defendant, JOSEPH H. CRAFT, incident to and during the commission of a civil disorder in the vicinity of downtown Pittsburgh and the PPG Arena in the City of Pittsburgh, which disorder obstructed, delayed and adversely affected the interstate commerce activities of nearby business establishments and the movement of articles and commodities in commerce, did knowingly and willfully: (a) attempt to block the path of a police vehicle being operated by a police officer within the area of the civil disorder; (b) cause damage to a police vehicle by breaking one of the vehicle's windows within the area of the civil disorder; (c) move a large planter into a street in order to block the movements of police officers who were attempting to quell the civil disorder; and (d) throw a riot control o.c./smoke canister at police officers who were attempting to quell the civil disorder, which conduct resulted in the obstruction, impediment and interference of law enforcement officers engaged in the lawful performance of their official duties.

/541/

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
FEB 03 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 21-45 |
| | ) (18 U.S.C. §§ 2 and 231(a)(3)) |
| JOSEPH H. CRAFT | ) [UNDER SEAL] |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about May 30, 2020, in the Western District of Pennsylvania, the defendant, JOSEPH H. CRAFT, did commit and attempt to commit an act to obstruct, impede and interfere with a law enforcement officer lawfully engaged in the lawful performance of the officer's official duties, incident to and during the commission of a civil disorder which obstructed, delayed and adversely affected commerce and the movement of articles and commodities in commerce, to wit: the defendant, JOSEPH H. CRAFT, incident to and during the commission of a civil disorder in the vicinity of downtown Pittsburgh and the PPG Arena in the City of Pittsburgh, which disorder obstructed, delayed and adversely affected the interstate commerce activities of nearby business establishments and the movement of articles and commodities in commerce, did knowingly and willfully: (a) attempt to block the path of a police vehicle being operated by a police officer within the area of the civil disorder; (b) cause damage to a police vehicle by breaking one of the vehicle's windows within the area of the civil disorder; (c) move a large planter into a street in order to block the movements of police officers who were attempting to quell the civil disorder; and (d) throw a riot control o.c./smoke canister at police officers who were attempting to quell the civil disorder, which conduct resulted in the obstruction, impediment and interference of law enforcement officers engaged in the lawful performance of their official duties.