Case 1:21-mj-00037 Document 1-1 SEALED Filed 03/03/21 Page 5 of 9
Case 2:21-cr-00045-AJS Document 12-2 Filed 03/09/21 Page 1 of 1
Case 2:21-cr-00045-AJS *SEALED* Document 7 (Court only) Filed 02/05/21 Page 1 of 1

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JOSEPH H. CRAFT

**WARRANT FOR ARREST**

FID: 11234220

Case Number: 2:21-CR-00045-AJS *SEALED*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSEPH H. CRAFT,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Obstruction of Law Enforcement during Civil Disorder**

in violation of United States Title:Section(s)

**18 U.S.C. 2 and 231(a)(3)**

| Lynn Ann Reppar | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *Lynn Ann Reppar* (signature) | 02/05/2021  Pittsburgh |
| Signature of Issuing Officer | Date and Location |

Bond to be set by U.S. Magistrate Judge.

## RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

Date Received _____  Name and Title of Arresting Officer _____

Date of Arrest _____  Signature of Arresting Officer _____