```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:7315650@ord.uscourts.gov
Subject:Activity in Case 1:21-mj-00037-CL USA v. JOSEPH CRAFT A First Initial Appearance
Content-Type: text/html
```

## U.S. District Court

## District of Oregon

### Notice of Electronic Filing

The following transaction was entered on 2/11/2021 at 3:23 PM PST and filed on 2/11/2021

| | |
|---|---|
| **Case Name:** | USA v. JOSEPH CRAFT |
| **Case Number:** | 1:21−mj−00037−CL |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
**Minutes of Proceedings: First Initial Appearance held before Magistrate Judge Mustafa T. Kasubhai as to Joseph H. Craft on 2/11/2021. Defendant consents to appear by videoconference. Counsel to file formal Consent. Defendant waived preliminary hearing. Defendant advised of rights and waived reading of charges. Order Appointing Counsel: Brian Butler. Defendant is released. See formal Order Setting Conditions of Release. Defendant is scheduled to appear in the Western District of Pennsylvania on 03/04/2021 at 1:00 PM. Government orally requests this case be unsealed. Court grants that case be unsealed. Counsel Present for Plaintiff: John Brassell. Counsel Present for Defendant: Brian Butler. Restraint Order: LRTH. (USPO Present: Juan Gonzalez) (FTR – Courtroom 2) (rsm)**


**1:21−mj−00037−CL−1 Notice has been electronically mailed to:**

Brian C. Butler     brian_butler@fd.org, karen_smitherman@fd.org, nilda_hernandez@fd.org

John C. Brassell    john.brassell@usdoj.gov, CaseView.ECF@usdoj.gov, elizabeth.woodworth@usdoj.gov, erik.hansen@usdoj.gov, isabel.golemon2@usdoj.gov, pamela.groves@usdoj.gov

**1:21−mj−00037−CL−1 Notice will <u>not</u> be electronically mailed to:**