TRESTRAINT,

# U.S. District Court
# District of Oregon (Medford (1))
# CRIMINAL DOCKET FOR CASE #: 1:21−mj−00037−CL−1

| | |
|---|---|
| Case title: USA v. Joseph Craft | Date Filed: 02/11/2021 |
| Other court case number: 21−45 Western District of Pennsylvania | |

Assigned to: Magistrate Judge Mark D. Clarke

**Defendant (1)**

| | | |
|---|---|---|
| **Joseph H. Craft** | represented by | **Brian C. Butler**<br>Federal Public Defender<br>15 Newtown<br>Medford, OR 97501<br>(541) 776−3630<br>Fax: (541) 776−3624<br>Email: brian_butler@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Obstruction of Law Enforcement during Civil Disorder – 18 USC Sections 2 and 23!(a)(3) | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **John C. Brassell** |
| | | U.S. Attorney's Office |
| | | 310 West Sixth Street |
| | | Medford, OR 97501 |
| | | 541–776–3564 |
| | | Fax: 541–776–3583 |
| | | Email: john.brassell@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

Email All Attorneys

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/11/2021 | 1 | | Documents Received From Other Court as to Joseph H. Craft from Western District of Pennsylvania Case No: 21–45. Initial Appearance is set for 2/11/2021 at 03:00PM in Medford by videoconference before Magistrate Judge Mustafa T. Kasubhai. (Attachments: # 1 Attachment Warrant) (rsm) (Entered: 02/11/2021) |
| 02/11/2021 | 2 | | **Minutes of Proceedings:** First Initial Appearance held before Magistrate Judge Mustafa T. Kasubhai as to Joseph H. Craft on 2/11/2021. Defendant consents to appear by videoconference. Counsel to file formal Consent. Defendant waived preliminary hearing. Defendant advised of rights and waived reading of charges. Order Appointing Counsel: Brian Butler. Defendant is released. See formal Order Setting Conditions of Release. Defendant is scheduled to appear in the Western District of Pennsylvania on 03/04/2021 at 1:00 PM. Government orally requests this case be unsealed. Court grants that case be unsealed. Counsel Present for Plaintiff: John Brassell. Counsel Present for Defendant: Brian Butler. Restraint Order: LRTH. (USPO Present: Juan Gonzalez) (FTR – Courtroom 2) (rsm) (Entered: 02/11/2021) |
| 02/11/2021 | 3 | | **Order Setting Conditions of Release** as to Defendant Joseph H. Craft. Signed on 2/11/2021 by Magistrate Judge Mustafa T. Kasubhai. (niho). (Entered: 02/11/2021) |
| 02/11/2021 | 4 | | Order Requiring Defendant to Appear in the Western District of Pennsylvania Where Charges are Pending as to Joseph H. Craft. (rsm) (Entered: 02/12/2021) |