IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | Criminal No. 21-45 |
| ) | |
| JOSEPH CRAFT,   ) | |
| ) | |
| Defendant.   ) | |

**HEARING MEMO – Status Conf (counsel only)**
Date hearing held:   4/20/21
Before Judge Arthur J. Schwab

| | |
|---|---|
| Counsel for Government | Shaun Sweeney |
| Counsel for Defendant | Ryan James |
| Court Reporter | Marsia Balobek |
| Law Clerk/Deputy Clerk | BFM/LCK |
| Start time | 10:10 AM |
| End time | 10:20 AM |

**NOTED:**

The Court sets a Status Conference or Change of Plea hearing for 8/19/21 at 9:30 AM.