IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   Criminal No. 21-45 ) |
| | ) |
| JOSEPH H. CRAFT, | ) |
| | ) |
| Defendant. | ) |

## CHANGE OF PLEA

Defendant, JOSEPH H. CRAFT, changes his plea and now enters a plea of guilty as to Count 1 in open court this 19th day of August, 2021.

_____
Defendant's Signature

_____
Attorney for Defendant