IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 21-45 |
| | ) |
| JOSEPH CRAFT | ) |

**GOVERNMENT'S POSITION WITH RESPECT TO
SENTENCING FACTORS**

AND NOW comes the United States of America, by its attorneys, Cindy K. Chung, United States Attorney for the Western District of Pennsylvania, and Shaun E. Sweeney, Assistant United States Attorney for said district, submitting as follows:

The government has reviewed the Presentence Investigation Report ("PIR") in this case. The government has no objections or requests to modify the PIR, and has so advised defense counsel and the United States Probation Officer who prepared the PIR. The government will not be seeking restitution from this defendant, as the police vehicle which he damaged was destroyed shortly thereafter by fire by a different perpetrator from whom the government intends to seek full restitution.

Respectfully submitted,

CINDY K. CHUNG
United States Attorney

*/s/ Shaun E. Sweeney*
SHAUN E. SWEENEY
Assistant United States Attorney
PA ID No. 53568