IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

          v.

JOSEPH H. CRAFT

Criminal No. 2:21-cr-45

## ORDER OF COURT

AND NOW, this __20__ day of __December__, 2021, upon due consideration of the instant *Motion to Conduct Sentencing Hearing By Video Teleconference,* and upon the request and consent of the Defendant, the Court finds and concludes that, for the reasons stated in the Motion, the Sentencing Hearing in this case cannot be further delayed without substantial harm to the interests of justice. Therefore, Defendant's Sentencing Hearing shall be conducted via videoconference and will occur on January 13, 2022 at __10:30 AM__.

The instructions to connect to the sentencing hearing by video will be distributed via email to all counsel of record prior to the hearing.

SO ORDERED this __20th__ day of __December__, 2021.

                                              __s/Arthur J. Schwab__, J.
                                              Arthur J. Schwab
                                              Sr. United States District Judge