**Waldec Franchises, LLC**
2705 W Horatio St.
Unit 2
Tampa, FL 33609



December 14, 2021

**Letter of Reference for Joseph Craft**

To Whom it May Concern,

    Joe Craft and I both grew up in Murrysville, PA and attended Franklin Regional High School. However, we became closer friends over the past year. I hired Joe on as a part-time worker when he moved back to the city of Pittsburgh. Joe knew that I was extremely understaffed and approached me to see if he could help in any way. He quickly showed he was one of the most hardworking, reliable employees I had on staff.

    Within the first month, Joe moved to full-time and a month later I promoted him to Assistant Manager. Joe is a vital piece of the business and without him the store would suffer. He has helped to implement better quality control, speed, and efficiency while managing 10+ employees. Losing him would take a major toll on our business and the progress we've made through these uncertain times.

    Joe and I have also become close friends outside of business. He is a great guy who is not only intelligent and driven but also very kind. The more time I've spent with him in social settings, I realized I'm not the only person who thinks those things. The conversations I've had with other friends and acquittances of Joe, they have all agreed: Joe is a great man who has lots to bring into this life and the lives of others.

Sincerely,

D. Colin Adamek

Operating Partner