Honorable Arthur J. Schwab
RE: Joseph Craft

Dear Judge Schwab:

My name is Matthew Williams, I am writing on behalf of my good friend Joseph H. Craft. Please consider the following before sentencing.
I have known Joseph for many years, in that time I have seen nothing from him but amazing qualities. He always has put others before himself and has done a lot of good for the city of Pittsburgh. Over the years, he was able to raise money and awareness through his artistic endeavors. Benefiting many local organizations such as Sisters PGH, Pittsburgh Action Against Rape, and The Rainforest Trust.
Joseph has been there to support me through some of the most difficult and trying times of my life. I have witnessed him do the same for countless others. Our community would suffer without his presence, and the work that he does for those around him. I ask that you consider this before sentencing.

Respectfully,

Matthew Williams