Reference Letter for Joseph Craft

      I have known Joe Craft since about 9th Grade(2006). Over this time he has become not only one of my great friends, but also a great employee for me. This has provided me with an opportunity to see Joe on both ends of the spectrum in and out of the work environment.

      Growing up I always knew who Joe was but as we got older we became closer friends after talking and finding out we have a lot of similar interests. Throughout our high school years and after Joe was a better friend than I could've asked for. No matter who I introduced him to (friends, family, girlfriends…) he always welcomed them with open arms, got to know them, treated them like he had known them forever. On a personal level as well if there was ever anything I needed whether it be asking for help or just asking to talk, Joe would try and drop whatever to help you in any way possible. He has helped numerous of our friends including myself with moving, cooking, mental health, car troubles, you name it. We have a big group of close friends that we annually get together for friendsgiving, christmas, 4th of July, and any excuse we have to get together. Among this group of friends they all feel the same as I do about Joe

      On the work aspect of Joe, I have known his work ethic throughout the years and he has become one of my own employees. In the past he has worked pursuing his own art career on top of working multiple restaurant jobs. He has worked for a couple of my close friends, which they have nothing bad to say. He always showed up to his scheduled shifts, performed all assigned tasks, helped others, and went above and beyond what was expected of. I am also fortunate enough to have Joe as an employee at SoFresh now. During the times of covid when Joe moved back I was looking to hire and Joe approached me and asked if this is something we could talk about and i brought him on no question. Throughout his time of employment Joe has moved up from a line cook to my assistant manager/vital part of my time. Through his own drive and want to work and progress in life, he has shown me how valuable he can be to our company. He is constantly trying to improve the store/business whether it be assisting myself with managerial duties, managing a staff of up to 10 people at one time, teaching the staff how things should be done appropriately and professionally, or brainstorming with myself and the owner on ideas how we can keep moving forward as a business.

      In conclusion Joe is an extremely intelligent, thoughtful, hardworking, caring person that myself and others are proud to call not only a coworker but a friend for life as well.

Shane Wagner