To whom it may concern,

     I am writing this on behalf of my friend Joseph Craft. I've known Joe for about 5 years now - we met through the art community, which I had only recently become a part of, and I was and am happy to have made his acquaintance. Joe has been a staple in my life since then and I've been glad to watch him grow and mature as an adult.

     Joe has always been highly compassionate, much more than myself, taking up causes and putting together benefits for those in need, even if he has to become a one-man staff to make it happen. Over the years I can't count how many times he's said "We should go help" or "Wanna come do 'blank' with me?", usually something involving physical help or a show of solidarity. Human kindness and fairness matter so much to Joe; telling him that "life isn't fair" isn't enough for his spirit.

     If I had to criticize my friend in any way, I would say that maybe sometimes he's too helpful. The causes he ties himself to - from a friend that he sees going down a bad road to the plight of the unhoused person in America - are things I would recuse myself from out of self-preservation, but that's not how Joe wants to move through the world, and it can be very inspiring if you're looking for the definition of what a real friend and good human being is.

     Sometimes in the past in his attempts to be helpful he'll overextend himself, or let his spirit get the better of him, to the point where he's put himself in harm's way. I believe this is something that Joe has a better understanding about himself, but being a hard-headed person like myself, he has to go through it to know better.

     I don't know what it's like to lose a parent at such a young age, or what it's like to have experienced the hurt Joe has felt throughout his life, but I think those things shaped the person that he is today - compassionate, intelligent, helpful to a fault - and I only see more good coming from him as a person.

Sincerely,
Jerome Charles