IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JOSEPH H. CRAFT

Criminal No. 2:21-cr-45

**JOINT STATUS REPORT OF THE PARTIES**

The Government does not anticipate calling witnesses or presenting evidence at sentencing.

Mr. Craft may call witnesses at sentencing but anticipates calling no more than five witnesses whose testimony is estimated to be less than two minutes each.

Apart from any witnesses that Mr. Craft may offer, he reserves his right to allocution. But any arguments as to sentencing will be brief as counsel's arguments are set forth in Mr. Craft's Sentencing Memorandum. *See* ECF 41.

Respectfully submitted.

*s/Ryan H. James*
Counsel for Defendant

*s/Shaun E. Sweeney*
Assistant United States Attorney