January 3, 2021

Dear Senior District Judge Arthur J. Schwab,

I am writing this letter on behalf of Joseph Craft as a testament to his character from my personal perspective. First and foremost, I sincerely appreciate the court taking the time and consideration to hear from those close to the defendant in this matter.

I've been acquainted with Mr. Craft for the better part of three years, however, have grown considerably closer to him over the last ten months or so. And I find this friendship to be incredibly valuable. The reason that I'm writing today is that in a relatively short amount of time I've unreservedly come to believe in the decent good-natured character of Joseph Craft.

Most notably, I've found that Joe is an outgoing, considerate and empathetic individual at heart. In fact, last year, Joe saw that I was going through a particularly difficult familial episode in my life and put aside any of his woes, week after week, to check in on my wellbeing. Joe would persistently offer me a meal at his home or even offer simple kind gestures such as phone calls and supportive talks. This is when I genuinely got to know the kind human being that he truly was and certainly is today. Further, it was through these immediate conversations that I began to recognize the fact that Joe cares so deeply for other people on the whole.

Last year Joe and I began sharing stories with one another. These conversations spanned from the mundane (in how our long arduous work days were) or the grandiose (in so far as what our dreams for the future were). And regardless of the nature of each chat I always felt more enriched having shared a conversation with him. It was through our long series of both individual and group interactions that I'd come to learn the types of kind and generous things Joe would do for people - including bicycling food and supplies to mothers in need after a full work day, helping individuals find a place to live or even offering his own space for someone desperate for a place to go. It seemed as if Joe was always putting others before himself with a hug, a handshake or often far more in the way of giving. I thought to myself, "how could someone that is facing so much right now stand to take the time to look after so many others," before it dawned on me that this is simply this man's true character.

Beyond his overt kindness and compassion, I find Joe to be an intelligent creative person with boundless aspirations and ability. For me, it didn't take much to recognize that Joe is empathetic, observant and sincere. Importantly, I know he is remorseful, sorrowful and emotionally upended in reflecting upon some of the careless irresponsible actions in question and that is why it was so important for me to write this letter. As a cybercriminal analyst myself, I see prolific levels of wrongdoing committed with no remorse by bad actors across the world every single day. Joe couldn't be further from that profile.

Ultimately, I think Joseph Craft possesses all of the qualities to not only continue to do well by others, but also importantly, for himself. If given the right opportunity, I believe Joe will accomplish great things and continue to expand his positive impact on the world around him. I believe he will live a lawful life that will pay dividends to society through his hard work, determination and humanity.

Thank you for your time and consideration.

Sincerely,

*William Marciesky*

William Marciesky