IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.    ) | Criminal No. 21cr45 |
| ) | |
| JOSEPH H. CRAFT,   ) | |
| ) | |
| Defendant.   ) | |

| | |
|---|---|
| **Hearing Held: Sentencing** <br> **Date of Hearing:   1/13/22** <br> **Before Judge Arthur J. Schwab** | |
| AUSA | Shaun Sweeney |
| Defense Counsel | Ryan Smith |
| Probation Officer | Gregory Wilson |
| Court Reporter | Amanda Williamson |
| Law Clerk/Deputy Clerk | BFM/KY |
| Start time | 10:33AM |
| End time | 11:10AM |

DEFENDANT PRESENT

**NOTED:**

The defendant is sentenced to one day of imprisonment to be served in the custody of the United States Marshal Service on 1/14/2022 at 9:00AM to be followed by a 3 year term of supervised release with the first 365 days to be served on home detention.   A mandatory $100.00 special assessment is imposed, a fine is waived for inability to pay.

WITNESSES FOR DEFENDANT:
                Colin Adamek
                William Marchiesky
                Janet Zawisa