```
DUPLICATE

Court Name: USDC, WESTERN DISTRICT OF PA
Division: 2
Receipt Number: 24668073055
Cashier ID: lkim
Transaction Date: 01/14/2022
Payer Name: JOSEPH CRAFT
--------------------------------
CRIMINAL DEBT
 For: JOSEPH CRAFT
 Case/Party: D-PAW-2-21-CR-000045-001
 Amount:        $100.00
--------------------------------
CHECK
 Check/Money Order Num: 2064
 Amt Tendered:  $100.00
--------------------------------
Total Due:     $100.00
Total Tendered: $100.00
Change Amt:    $0.00

IFA / new case
```