IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                                Criminal No. 2:21-cr-45

    v.

JOSEPH H. CRAFT

## ORDER OF COURT

AND NOW this ____ day of _____, 2022, upon consideration of the *Motion to Modify Home-Detention Condition* filed by the movant, Joseph H. Craft, and following consideration of the statutorily mandated factors set forth in 18 U.S.C. § 3583(e), it is hereby ORDERD that said motion is GRANTED.

The home-detention condition of Mr. Craft's term of supervised release is terminated as of the date of this Order.

                                                  BY THE COURT:

                                            _____,J.
                                            Arthur J. Schwab
                                            Sr. United States District Judge