IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOSEPH CRAFT,

    Defendant.

Criminal No. 21-00045
ELECTRONICALLY FILED

## ORDER OF COURT GRANTING DEFENDANT JOSEPH CRAFT'S MOTION TO MODIFY HOME-DETENTION CONDITION (Doc. 47)

Pending is Defendant Joseph Craft's Motion to Modify Home-Detention Condition. (Doc. 47).  The Government opposes Defendant's Motion to Modify Home-Detention Condition. (Doc. 49).

In his Motion, Defendant "asks that this Court modify the home-detention condition of his supervised release and, perhaps, consider replacing it with a curfew restriction."  (Doc. 7 at 7).

Upon consideration of: (1) Defendant's Motion to Modify Home-Detention Condition; (2) the Government's Response in opposition to Defendant's Motion to Modify Home-Detention Condition; and (3) the statutorily mandated factors set forth in 18 U.S.C. § 3583(e)(2), Defendant's Motion to Modify Home-Detention Condition (Doc. 47) is **GRANTED** as follows: The home detention condition of Defendant's term of supervised release is **MODIFIED** as of the date of this Order of Court in that it is **REPLACED** with a condition of curfew, with the hours to be set at the discretion of the United States Probation Office, and location monitoring remaining in place, with technology type at the discretion of the United States Probation Office.

Defendant's condition of curfew begins on the date of this Order of Court, and shall continue for 150 days.

SO ORDERED this 8th day of August, 2022.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:      All ECF Registered Counsel of Record